ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MATTHEW CHANG (CABN 348765)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (415) 412-0168
    Matthew.Chang2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ARTURO OLMOS-LOPEZ,<br><br>    Defendant. | NO. CR 09-01185-~~EXE~~ JW<br><br>NOTICE OF DISMISSAL<br><br>& ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice. The United States Attorney further moves that the Court quash the arrest warrant issued in connection with the underlying complaint in this case.

DATED: October 15, 2024

                                                Respectfully submitted,

                                                ISMAIL J. RAMSEY
                                                United States Attorney

                                                */s/ Martha Boersch*
                                                MARTHA BOERSCH
                                                Chief, Criminal Division

Leave is granted to the government to dismiss the indictment without prejudice.  It is further ordered that the arrest warrant issued in connection with the underlying complaint in this case is quashed.

Date: 10/15/2024

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge